## Owen v. Griffin.

*Married woman — separate estate — alimony is — Attorney — claim for services.*

Defendant, a married woman, employed plaintiff as attorney to prosecute a suit for divorce, obtain alimony and support for herself and child, and set aside an ante-nuptial agreement. The suits were settled, and a third person, for the benefit of the defendant, received from her husband a sum of money thereupon. *Held*, (1) that the action was for the direct benefit of her separate estate, and (2) if the agreement between her and her husband was to create a trust which is not a separate estate, it did not deprive plaintiff of his right to receive pay for his services, and he was entitled to have his contract therefor enforced against defendant.

APPEAL by plaintiff from a judgment in favor of defendant entered upon the report of a referee.

The action was brought by Silas J. Owen against Mary Jane Griffin, to recover for services as attorney.

*Silas J. Owen*, appellant in person.

*C. Frost*, for respondent.

BARNARD, P. J.

The head-note states fully the only point passed upon in the opinion.

*Judgment reversed and new trial ordered.*

---

## Vernol v. Vernol.

APPEAL by plaintiff from a judgment in favor of defendant, in an action tried by the court without a jury.

The action was brought in Orange county by Lewis C. Vernol against Thomas Vernol, to recover on an alleged contract for services in procuring the sale to plaintiff of a house.

*W. C. Anthony* and *John Miller*, for appellant.

*J. W. Taylor* and *Cassedy & Brown*, for respondent.

TAPPEN, J.

The judgment was affirmed on the ground that plaintiff did not prove the contract alleged. The opinion contains nothing of general importance.

*Judgment affirmed.*